## STATE OF CONNECTICUT *v.* WILLIAM A. ALLEN, JR.
### (11513)

FOTI, LAVERY and HEIMAN, Js.

Argued September 28—decision released October 19, 1993

*Nancy A. Freedman,* assistant public defender, with whom, on the brief, was *Andrew S. Liskov,* assistant public defender, for the appellant (defendant).

*Charles O'Hara,* certified legal intern, with whom were *Rita M. Shair,* assistant state's attorney, and, on the brief, *Donald A. Browne,* state's attorney, and *John Blawie,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.